NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY

After Recording Return To:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT
13750 OMEGA ROAD
DALLAS, TX 75244-4505
800-899-9027

NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY

———————————[Space Above This Line For Recording Data]———————————

# MAINE ASSIGNMENT OF MORTGAGE

For Value Received, **JPMorgan Chase Bank, National Association**, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto **FEDERAL NATIONAL MORTGAGE ASSOCIATION**, (herein "Assignee"), whose address is **14221 Dallas Parkway, Suite 100, DALLAS, TX 75254**, all beneficial interest under a certain Mortgage dated **January 24, 2008** and recorded on **January 29, 2008**, made and executed by **KEVIN M. MORNEAULT**, upon the following described property situated in PENOBSCOT County, State of Maine:
Property Address: **412 ESSEX STREET, BANGOR, ME 04401**

such Mortgage having been given to secure payment of **One Hundred Six Thousand and 00/100ths ($106,000.00)**, which Mortgage is of record in Book, Volume, or Liber No. **11276**, at Page **110** (or as No. N/A), in the Register of Deeds of **PENOBSCOT** County, State of Maine.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.


EXHIBIT E

NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY

NOT OFFICIAL COPY

NOT OFFICIAL COPY

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on _3-19-2040_

Assignor:
JPMorgan Chase Bank, National Association

By: _L. Chisley_
    Ladarius Chisley

Its: _Vice President_

[JPMorgan Chase Bank, National Association Corporate Seal]

NOT AN OFFICIAL COPY  NOT AN OFFICIAL COPY  NOT AN OFFICIAL COPY  NOT AN OFFICIAL COPY

## ACKNOWLEDGMENT

State of **Louisiana** §
§
Parish of **Ouachita** §

On this _10th_ day of _Mar. 2014_, before me appeared _Ladarius Chisley_, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the _Vice President_, of **JPMorgan Chase Bank, National Association**, and that the seal affixed to said instrument is the corporate seal of said national association and that the instrument was signed and sealed on behalf of the national association by authority of its board of directors and that _Ladarius Chisley_ acknowledged the instrument to be the free act and deed of the national association.

_____
Signature of Person Taking Acknowledgment

**YOLANDA A. DIAZ**
Printed Name

**NOTARY PUBLIC**
Title or Rank

Serial Number, if any: N/A

(Seal)   My Commission Expires: **LIFETIME**

---

Maine Assignment of Mortgage
JPMorgan Chase Bank N.A. Project W2818     Page 3 of 3     L73108ME 01/12 Rev. 02/14

SUSAN F. BULAY, REGISTER
PENOBSCOT COUNTY MAINE E-RECORDED