Bk 14057 Pg204 #1110
01-14-2016 @ 12:06p

## QUITCLAIM ASSIGNMENT

WHEREAS, First Horizon Home Loans, a Division of First Tennessee Bank, N.A. is identified as the "Lender" in a certain mortgage executed by Kevin M. Morneault recorded January 29, 2008 in the Penobscot County Registry of Deeds in Book 11276, Page 110 (hereinafter the "Mortgage");

WHEREAS, First Horizon Home Loans, a Division of First Tennessee Bank, N.A. has certain rights that are described in the Mortgage;

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") was designated the mortgagee in the Mortgage as the nominee of First Horizon Home Loans, a Division of First Tennessee Bank, N.A. and its successors and assigns, and MERS was the mortgagee of record;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS had in the Mortgage; and

WHEREAS, First Horizon Home Loans, a Division of First Tennessee Bank, N.A. wishes to convey and assign any and all rights it may have under the Mortgage.

Accordingly, First Horizon Home Loans, a Division of First Tennessee Bank, N.A. hereby assigns and quit claims to Federal National Mortgage Association all of its rights, title and interests (whatever they may be, if any) in the Mortgage.

First Horizon Home Loans, a Division of
First Tennessee Bank, N.A., by Seterus,
Inc., as their attorney in fact pursuant
to the Power of Attorney attached hereto

Dated: 11/30/2015

By: _____
Title: 
Type/Print Name: Jason Solomon
Loan Administration, AVP

STATE OF OREGON
COUNTY OF WASHINGTON

Personally appeared before me this 30th day of November, 2015, the above-named Jason Solomon, Loan Admin on behalf of Seterus, Inc., as attorney in fact for First Horizon Home Loans, a Division of First Tennessee Bank, N.A. and acknowledged the foregoing to be his/her free act and deed in said capacity.

OFFICIAL STAMP
LISA D BURKS
NOTARY PUBLIC - OREGON
COMMISSION NO. 936592
MY COMMISSION EXPIRES MARCH 30, 2019

Type/Print Name: LISA D BURKS
Notary Public
My Commission Expires: 3/30/2019

PROPERTY ADDRESS: 412 Essex Street, Bangor, ME 04401
11-015795


EXHIBIT F

NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY

Washington County, Oregon 2010-036468
05/14/2010 08:38:23 AM
D-PA Cnt=1 Stn=11 C WHITE
$15.00 $5.00 $11.00 $15.00 - Total = $46.00

I, Richard Hobernicht, Director of Assessment and Taxation and Ex-Officio County Clerk for Washington County, Oregon, do hereby certify that the within instrument of writing was received and recorded in the book of records of said county.

Richard Hobernicht, Director of Assessment and Taxation, Ex-Officio County Clerk

Record and Return to:
LBPS Lender Business Process Services
Title Services Department
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

# LIMITED POWER OF ATTORNEY

**FROM:** **FIRST TENNESSEE BANK NATIONAL ASSOCIATION** and its division **FIRST HORIZON HOME LOANS**

**TO:** **IBM LENDER BUSINESS PROCESS SERVICES, INC.**

NOT AN OFFICIAL COPY     NOT AN OFFICIAL COPY

## Limited Power of Attorney

FIRST TENNESSEE BANK NATIONAL ASSOCIATION and its division FIRST HORIZON HOME LOANS, a national banking association organized and existing under the laws of the United States of America, having an office for the conduct of business at 1755 Lynnfield Dr., Building D, Memphis, TN 38119, in connection with the sale, transfer and assignment of mortgages loans (the "Mortgage Loans") to FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") pursuant to that Certain Servicing Rights Purchase and Sale Agreement dated April 9, 2010 entered into by and between Fannie Mae and First Tennessee Bank National Association, in which IBM Lender Business Process Services, Inc. (LBPS) is designated as sub-servicer, hereby grants a limited power of attorney to and hereby makes, constitutes and appoints LBPS, a corporation organized and existing under the laws of Delaware with corporate headquarters located at 8501 IBM Drive, Building 201 #2DD188, Charlotte, North Carolina, 28262, or any of its authorized agents, employees or representatives as the true and lawful attorney-in-fact of First Tennessee Bank National Association and its division First Horizon Home Loans with full power and authority hereby conferred in its name, place and stead and for its use and benefit, for the following limited purposes as it relates to the Mortgage Loans:

1) the release of a borrower from personal liability under the mortgage or deed of trust following an approved transfer of ownership of the security property
2) the full satisfaction or release of a mortgage or the request to a trustee for a full reconveyance of a deed of trust;
3) that partial release or discharge of a mortgage or the request to a trustee for a full reconveyance of a deed of trust;
4) the modification or extension of a mortgage or deed of trust
5) the subordination of the lien of a mortgage or deed of trust
6) the completion, termination, cancellation, or rescission of foreclosure, or the taking of a deed in lieu of foreclosure relating to a mortgage or deed of trust including (but not limited to) the following transactions;
    a) the appointment of a successor or substitute trustee under a deed of trust, in accordance with state law and the deed of trust;
    b) the issuance of a statements of breach or non-performance;
    c) the issuance or cancellation or rescission of notices of default;
    d) the cancellation or rescission of notice of sale; and
    e) the issuance of such other documents as may be necessary under the terms of the mortgage, deed of trust, or state law to expeditiously complete said transactions, including, but not limited to, assignments or endorsements of mortgages, deeds of trust, or promissory notes to convey title from FIRST HORIZON HOME LOANS A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION AND FIRST TENNESSEE BANK NATIONAL ASSOCIATION
7) The conveyance of the properties to the mortgage insurer, or the closing of the title to the property to be acquired as real estate owned, or conveyance of title to or on real estate owned.

The undersigned gives to said Attorney-in-fact full power and authority to execute such instruments and to do and perform all and every act and thing requisite, necessary, and proper to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully, to all intents and purposes, as the undersigned might or could do, and hereby does ratify and confirm all said Attorney-in-fact shall lawfully do or cause to be done by authority hereof.

Third parties without actual notice may rely upon the power granted under this Limited Power of Attorney upon the exercise of such power of the Attorney-in-fact that all conditions precedent to such exercise of power has been satisfied and that this Limited Power of Attorney has not been revoked unless an instrument of revocation has been recorded.

N O T
A N
O F F I C I A L
C O P Y

N O T
A N
O F F I C I A L
C O P Y

**FIRST TENNESSEE BANK NATIONAL ASSOCIATION**

Name: CHARLES W. RUTLEDGE
Title: Senior Vice President & Assistant General Counsel

N O T
A N
O F F I C I A L
C O P Y

WITNESSES:

Name: Debbie A. Sowester
Date: 4/27/10

Name: Paula M Bruton
Date: 4-27-10

STATE OF **TENNESSEE**

SS.

COUNTY OF **SHELBY**

On this 27th day of April, 2010, before me the undersigned, Notary Public of said State, personally appeared **CHARLES W. RUTLEDGE**, personally known to me to be duly authorized officer of the national banking association that executed the within instrument and personally known to me to be the person who executed the within instrument on behalf of the national banking association therein named, and acknowledged to me such national banking association executed the within instrument pursuant to its by-laws.

WITNESS my hand and official seal.

[Notary Seal: SUE FRAZIER, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY]

Notary Public in and for the State Of Tennessee

MY COMMISSION EXPIRES:
January 10, 2012

NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:04 PM 06/01/2011
FILED 05:39 PM 06/01/2011
SRV 110677767 - 4251081 FILE

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT
# OF CERTIFICATE OF INCORPORATION

OFFICIAL COPY    OFFICIAL COPY

The corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware does hereby certify:

**FIRST:** That at a meeting of the Board of Directors of

IBM Lender Business Process Services, Inc.

resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

**RESOLVED,** that the Certificate of Incorporation of this corporation be amended by changing the Article thereof numbered "1. _____" so that, as amended, said Article shall be and read as follows:

1. The name of the corporation is: Seterus, Inc.

**SECOND:** That thereafter, pursuant to resolution of its Board of Directors, a special meeting of the stockholders of said corporation was duly called and held upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

**THIRD:** That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

**IN WITNESS WHEREOF,** said corporation has caused this certificate to be signed this 1st day of June, 2011.

By: /s/Karen B. Pollock
Authorized Officer

Title: Vice-President

Name: Karen B. Pollock
Print or Type

State of Delaware
Secretary of State
Division of Corporations
ivered 05:58 PM 11/13/2006
FILED 05:58 PM 11/13/2006
SRV 061039018 - 4251081 FILE

NOT AN OFFICIAL COPY  NOT AN OFFICIAL COPY

# CERTIFICATE OF INCORPORATION

NOT AN OFFICIAL COPY   OF   NOT AN OFFICIAL COPY

## IBM LENDER BUSINESS PROCESS SERVICES, INC.

The undersigned, a natural person, for the purpose of organizing a corporation for conducting the business and promoting the purposes hereinafter stated, under the provisions and subject to the requirements of the laws of the State of Delaware (particularly Chapter 1, Title 8 of the Delaware Code and acts amendatory thereof and supplemental thereto, and known, as identified, and referred to as the "General Corporation Law of the State of Delaware"), hereby certifies that:

**FIRST**: The name of the corporation (hereinafter called the "Corporation") is IBM Lender Business Process Services, Inc.

**SECOND**: The address, including street, number, city, and county, of the registered office of the Corporation in the State of Delaware is 1209 Orange Street, Wilmington, New Castle County, Delaware. The name of the registered agent at such address is The Corporation Trust Company.

**THIRD**: The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware.

**FOURTH**: The aggregate number of shares which the Corporation shall have authority to issue is 1,000 shares of Common Stock, par value $0.01 per share.

**FIFTH**: The name and the mailing address of the incorporator are as follows:

| NAME | MAILING ADDRESS |
| --- | --- |
| Caith Kushner | Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475 |

[[2652779]]

SIXTH: In furtherance and not in limitation of the powers conferred upon it by law, the Board of Directors of the Corporation is expressly authorized to adopt, amend or repeal the By-laws of the Corporation.

SEVENTH: To the fullest extent permitted by the General Corporation Law of the State of Delaware as it now exists and as it may hereafter be amended, no director shall be personally liable to the Corporation or any of its stockholders for monetary damages for breach of fiduciary duty as a director, except for liability (i) for any breach of the director's duty of loyalty to the Corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) pursuant to Section 174 of the General Corporation Law of the State of Delaware or (iv) for any transaction from which the director derived an improper personal benefit. Any repeal or modification of this Article SEVENTH shall not adversely affect any right or protection of a director of the Corporation existing at the time of such repeal or modification with respect to acts or omissions occurring prior to such repeal or modification.

EIGHTH: The Corporation shall, to the fullest extent permitted by the provisions of Section 145 of the General Corporation Law of the State of Delaware, as the same may be amended and supplemented, indemnify any and all persons whom it shall have power to indemnify under said Section from and against any and all of the expenses, liabilities, or other matters referred to in or covered by said Section, and the indemnification provided for herein shall not be deemed exclusive of any other rights to which those indemnified may be entitled under any By-laws, agreement, vote of stockholders or disinterested directors or otherwise and shall continue as to a person who has ceased to be a director, officer, employee or agent and shall inure to the benefit of the heirs, executors and administrators of such a person. Any repeal or modification of this Article EIGHTH shall not adversely affect any right to indemnification of any persons existing at the time of such repeal or modification with respect to any matters occurring prior to such repeal or modification.

NINTH: Unless and except to the extent that the By-laws of the Corporation shall so require, the election of directors of the Corporation need not be by written ballot.

[[2652779]]

NOT AN OFFICIAL COPY      NOT AN OFFICIAL COPY

3

THE UNDERSIGNED, the sole incorporator of the Corporation, hereby certifies under the penalty of perjury that the facts stated in this certificate of incorporation are true as of this 13th day of November, 2006.

OFFICIAL COPY      OFFICIAL

*Caith Kushner*
Caith Kushner
Incorporator

[[265277791]]