NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY
NOT AN OFFICIAL COPY

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 5600 GRANITE PKWY., BUILDING VII, PLANO, TX 75024**, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **DLJ MORTGAGE CAPITAL, INC., WHOSE ADDRESS IS 11 MADISON AVENUE, 4TH FLOOR, NEW YORK, NY 10010 (212)538-3547, ITS SUCCESSORS AND ASSIGNS**, (ASSIGNEE).

Said Mortgage is dated 01/24/2008, made by **KEVIN M MORNEAULT** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK N.A., ITS SUCCESSORS AND ASSIGNS** and recorded on 01/29/2008 in **Book 11276, Page 110 and Doc # 2655**, in the office of the Recorder of **PENOBSCOT** County, **Maine**.

**IN WITNESS WHEREOF**, this assignment was executed on 10/22/2021 (MM/DD/YYYY).
**FEDERAL NATIONAL MORTGAGE ASSOCIATION**, by **NATIONWIDE TITLE CLEARING, INC.**, its Attorney-in-Fact

By: *Annette McElroy*
**Annette McElroy**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 10/22/2021 (MM/DD/YYYY), by Annette McElroy as VICE PRESIDENT of NATIONWIDE TITLE CLEARING, INC. as Attorney-in-Fact for FEDERAL NATIONAL MORTGAGE ASSOCIATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*Karin Chandias*
Karin Chandias
Notary Public - State of FLORIDA
Commission expires: 07/28/2023

KARIN CHANDIAS
Notary Public - State of Florida
Commission # GG 359792
My Comm. Expires Jul 28, 2023
Bonded through National Notary Assn.

**Instrument Prepared By:** Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Fannie Mae, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
FNMA1 421737467 2021-NPL1-CS3-SALE   DOCR T202110-08:17:52 [C-1] FRMME1

Susan F. Bulay, Register
Penobscot County, Maine


EXHIBIT G