# Doonan, Graves & Longoria LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

August 15, 2024

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Kevin Morneault
412 Essex Street
Bangor, ME 04401



Certified Article Number
9414 7266 9904 2226 8972 85
SENDER'S RECORD

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re: Property Address:     412 Essex Street, Bangor, ME 04401
    Loan Number:

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, DLJ Mortgage Capital, Inc. and the Owner/Investor, DLJ Mortgage Capital, Inc. pursuant to the terms of the subject Note, Mortgage and/or Title 14, Sec. 6111.

    This letter is authorized under the Law Court decisions of *Finch v. U.S. Bank,* 2024 ME 2 (Me 2024) and *J.P. Morgan v. Moulton,* 2024 ME 13 (Revised March 19, 2024 (Me. 2024).

    Your loan is in default for failure to make payments of principal and interest when due after December 23, 2014. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc, as nominee for First Horizon Home Loans, A Division of First Tennessee Bank N.A. its successors and assigns (if MERs) dated January 24, 2008, and recorded in the Penobscot County Registry of Deeds in Book 11276, Page 110.

    The aforesaid Note and Mortgage are now held by DLJ Mortgage Capital, Inc which certifies that it is the owner and investor of the subject Note and Mortgage. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt but notice of possible enforcement of our lien against the collateral property.**

EXHIBIT H

An itemization of all past due amounts, as affected by the *Finch* and *Moulton* cases, pursuant to the analysis therein, is set forth below. The judgment previously vacated only precludes the seeking of a "future claim for the <u>unaccelerated</u> balance due on the note as of the date of the [prior final] judgment" (*Moulton,* Revised, emphasis in original). The prior foreclosure case was filed in the Bangor District Court under docket No. RE-12-172. That matter alleged a default date of September 1, 2011, and final judgment entered in that matter on December 23, 2014. Mortgage interest payments are made in arrears, and therefore, all interest from August 1, 2011, and all fees and costs incurred pursuant to that default, or related to that litigation, are non-collectable. However, the interest accrued after December 23, 2014, and fees and costs after that date which were not related to that prior litigation, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default after December 23, 2014, are collectable and are as follows (the "Over/short" appearing below reflects changes in the escrow amount due to changes in real estate taxes and/or insurance premiums):

| Payment Due Date | Principal & Interest | Taxes & Insurance | Over/short | Total |
| --- | --- | --- | --- | --- |
| January 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| February 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| March 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| April 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| May 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| June 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| July 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| August 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| September 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| October 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| November 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| December 1, 2015 | $805.68 | $278.47 | | $1,084.15 |
| January 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| February 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| March 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| April 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| May 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| June 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| July 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| August 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| September 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| October 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| November 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| December 1, 2016 | $805.68 | $278.47 | | $1,084.15 |
| January 1, 2017 | $805.68 | $278.47 | | $1,084.15 |
| February 1, 2017 | $805.68 | $278.47 | | $1,084.15 |
| March 1, 2017 | $805.68 | $278.47 | | $1,084.15 |
| April 1, 2017 | $805.68 | $278.47 | | $1,084.15 |
| May 1, 2017 | $805.68 | $278.47 | | $1,084.15 |
| June 1, 2017 | $805.68 | $278.47 | | $1,084.15 |
| July 1, 2017 | $805.68 | $278.47 | | $1,084.15 |
| August 1, 2017 | $805.68 | $278.47 | | $1,084.15 |
| September 1, 2017 | $805.68 | $278.47 | $31.73 | $1,115.88 |

| | | | | |
|---|---|---|---|---|
| October 1, 2017 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| November 1, 2017 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| December 1, 2017 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| January 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| February 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| March 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| April 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| May 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| June 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| July 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| August 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| September 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| October 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| November 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| December 1, 2018 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| January 1, 2019 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| February 1, 2019 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| March 1, 2019 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| April 1, 2019 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| May 1, 2019 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| June 1, 2019 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| July 1, 2019 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| August 1, 2019 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| September 1, 2019 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| October 1, 201 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| November 1, 2019 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| December 1, 2019 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| January 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| February 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| March 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| April 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| May 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| June 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| July 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| August 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| September 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| October 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| November 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| December 1, 2020 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| January 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| February 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| March 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| April 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| May 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| June 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| July 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| August 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| September 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |

| | | | | |
|---|---|---|---|---|
| October 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| November 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| December 1, 2021 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| January 1, 2022 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| February 1, 2022 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| March 1, 2022 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| April 1, 2022 | $805.68 | $278.47 | $31.73 | $1,115.88 |
| May 1, 2022 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| June 1, 2022 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| July 1, 2022 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| August 1, 2022 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| September 1, 2022 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| October 1, 2022 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| November 1, 2022 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| December 1, 2022 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| January 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| February 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| March 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| April 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| May 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| June 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| July 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| August 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| September 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| October 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| November 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| December 1, 2023 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| January 1, 2024 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| February 1, 2024 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| March 1, 2024 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| April 1, 2024 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| May 1, 2024 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| June 1, 2024 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| July 1, 2024 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| August 1, 2024 | $805.68 | $287.35 | $94.90 | $1,187.93 |
| | | | | |
| Corporate Advances | | | | $509.86 |
| Unapplied Funds | | | | $-6.44 |
| | | | | |
| | | | | |
| Total: | | | | $130,947.54 |

The Corporate Advances are for recoverable advances from December 23, 2014, to today's date and are itemized in the attached Exhibit "A".

A portion of the amount due is reasonable interest in the amount of $62,600.56 which has been calculated by removing all interest from August 1, 2001, to December 23, 2014, from the itemized amount and the total required to cure default.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $130,947.54 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Select Portfolio Servicing, Inc., Payment Processing, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is DLJ Mortgage Capital, Inc., the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, DLJ Mortgage Capital, Inc. hereby certifies that it is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
DLJ Mortgage Capital, Inc.

by its attorney

_____
Reneau J. Longoria, Esq.

MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57266

# HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone / Toll-Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | - English |

# National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | Phone: 207-553-7777<br>Web: **www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
|---|---|---|---|
| MMI - South Portland | Phone: 800-873-2227<br>Web: | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | Phone: 800-308-2227<br>Web: **www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | Phone: 800-542-8227<br>Web: **www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



Loan Number:

| Transaction Date | Transaction Code | Transaction Desc | Transaction Sequence Code | Transaction Sequence Desc | Amount | Reason Code | Reason Desc | Payee Code | Payee Desc | Processor ID | Corporate | Recoverable Code | Recoverable Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/11/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 04/10/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 03/06/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 01/30/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 12/28/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 97.00 | FBPO | PROP VALUATION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 12/27/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 11/18/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 10/11/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |



EXHIBIT A



**Select Portfolio Servicing, Inc.**

# Corporate Advance History

Date: August 05, 2024

Loan Number:

| Transaction Date | Transaction Code | Transaction Desc | Transaction Sequence Code | Transaction Sequence Desc | Amount | Reason Code | Reason Desc | Payee Code | Payee Desc | Processor ID | Corporate | Recoverable Code | Recoverable Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/11/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 04/10/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 03/06/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 01/30/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 12/28/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 97.00 | FBPO | PROP VALUATION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 12/27/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 11/18/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 10/11/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |



EXHIBIT A



**SPS** SELECT Portfolio SERVICING, INC.

# Corporate Advance History

Date: August 05, 2024

Loan Number:

| Transaction Date | Transaction Code | Transaction Desc | Transaction Sequence Code | Transaction Sequence Desc | Amount | Reason Code | Reason Desc | Payee Code | Payee Desc | Processor ID | Corporate | Recoverable Code | Recoverable Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 08/04/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 06/29/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 06/08/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 97.00 | FBPO | PROP VALUATION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 05/25/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 04/22/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 03/21/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 02/10/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 01/10/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |



# Corporate Advance History

Date: August 05, 2024

Loan Number:

| Transaction Date | Transaction Code | Transaction Desc | Transaction Sequence Code | Transaction Sequence Desc | Amount | Reason Code | Reason Desc | Payee Code | Payee Desc | Processor ID | Corporate | Recoverable Code | Recoverable Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/2021 | 745 | Corporate Advance Adjustment | | | $ -95.00 | FBPO | PROP VALUATION | | | N2R | 01R01 | R | Recoverable |
| 12/02/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 95.00 | FBPO | PROP VALUATION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 12/01/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Kevin Morneault
412 Essex Street
Bangor, ME 04401

---

CERTIFIED MAIL

9414 7266 9904 2226 8972 65

**Doonan, Graves & Lor[...]**
ATTORNEYS AT LAW | EXCELLEN[...]

100 CUMMINGS CENTER, SUIT[...]
BEVERLY, MASSACHUSETTS 0[...]

Kevin Morneault
412 Essex Street
Bangor, ME 04401

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Thursday, August 15, 2024 11:30 AM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria LLC Owner of the mortgage:DLJ Mortgage Capital, Inc.
What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Kevin
Consumer Middle Initial/Middle Name:
Consumer Last name:Morneault
Consumer Suffix:
Property Address line 1:412 Essex Street Property Address line 2:
Property Address line 3:
Property Address City/Town:Bangor
Property Address State:
Property Address zip code:04401
Property Address County:Penobscot

-----
Notification Details
-----

Date notice was mailed:8/15/2024
Amount needed to cure default:130,947.54 Consumer Address line 1:412 Essex Street Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Bangor
Consumer Address State:ME
Consumer Address zip code:04401

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:** Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA 01915

**To:** Kevin Morneault

412 Essex Street

Bangor, ME 04401

PS Form **3817**, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here



Postmark Here




