# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **DLJ Mortgage Capital, Inc.** | **CIVIL ACTION NO:** |
| **Plaintiff** | **LOCAL RULE 7.1 CORPORATE DISCLOSURE** |
| **vs.** | **RE:** <br> **412 Essex Street, Bangor, ME 04401** |
| **Kevin M. Morneault** | **Mortgage:** <br> **January 24, 2008** <br> **Book 11276, Page 110** |
| **Defendant** <br> **Atlantic Credit and Finance, Inc.** <br> **Capital One Bank USA NA** <br> **Lee`s Concrete, Inc.** | |
| **Party-In-Interest** | |

Pursuant to Federal Rule of Civil Procedure 7.1, 28 U.S.C. § 1332 and to enable District Judges and Magistrate Judges of the Court to evaluate the basis for Diversity Jurisdiction, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, Plaintiff hereby submits Local Rule 7.1 Disclosure Statement, and Plaintiff states the following:

This Honorable Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs.

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a

party's stock and any other identifiable entities related to any party in this case are as follows:

Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
DLJ Mortgage Capital, Inc. - Plaintiff
Kevin M. Morneault - Defendant
Atlantic Credit and Finance, Inc. - Party-in-Interest
Capital One Bank (USA) NA - Party-in-Interest
Lee`s Concrete, Inc. - Party-in-Interest

Plaintiff, DLJ Mortgage Capital, Inc., is a Delaware Corporation with its principal/main place of business at 11 Madison Avenue, New York, NY 10010.

Defendant, Kevin M. Morneault, is a resident of Bangor, County of Penobscot and State of Maine.

The object of this litigation is a Note executed under seal currently owned and held by Plaintiff, DLJ Mortgage Capital, Inc., in which Kevin M. Morneault is the obligor and the total amount owed under the terms of the Note, as of September 4, 2024 is Two Hundred Twenty-Five Thousand Forty-Two and 30/100 ($225,042.30) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $102,797.26 |
| Interest | $63,207.12 |
| Escrow/Impound Advance Balance | $49,881.84 |
| Loan Level Advance Balance | $9,162.52 |
| Unapplied Funds | $-6.44 |
| Grand Total | $225,042.30 |

Thus, the amount in controversy well exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars, citizenship of the parties is diverse, and jurisdiction is proper.

Respectfully submitted,
DLJ Mortgage Capital, Inc.
By its attorneys

Dated: December 4, 2024

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on December 4, 2024, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Kevin M. Morneault
412 Essex Street
Bangor, ME 04401

Atlantic Credit and Finance, Inc.
c/o Corporation Service Company, 45 Memorial Circle
Augusta, ME 04330

Lee`s Concrete, Inc.
c/o Gregory P. Dorr, 61 Main St. Suite 1
Bangor, ME 04401

Capital One Bank (USA) NA
1680 Capital One Dr.
McClean, VA 22102