UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **DLJ Mortgage Capital, Inc.** | CIVIL ACTION NO: 1:24-cv-00416-LEW |
| **Plaintiff** | MOTION TO STAY AND REFER TO THE STATE OF MAINE FORECLOSURE DIVERSION PROGRAM |
| vs. | RE:<br>412 Essex Street, Bangor, ME 04401 |
| **Kevin M. Morneault** | Mortgage:<br>January 24, 2008<br>Book 11276, Page 110 |
| **Defendant**<br>**Atlantic Credit and Finance, Inc.**<br>**Capital One Bank USA NA**<br>**Lee`s Concrete, Inc.** | |
| **Party-In-Interest** | |

**NOW COMES** the Plaintiff, DLJ Mortgage Capital, Inc., by and through undersigned counsel, and hereby respectfully requests for this Honorable Court to stay this matter in its entirety and to issue an Order to refer this matter to the State of Maine Foreclosure Diversion Program. As grounds therefore, Plaintiff states that the property is occupied.

**WHEREFORE**, based on the foregoing, the Plaintiff requests that this Honorable Court stay this matter in its entirety and enter an Order referring this matter to the Maine Foreclosure Diversion Program.

DATED: January 6, 2025

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 6th day of January, 2025 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## SERVICE LIST

Kevin M. Morneault
412 Essex Street
Bangor, ME 04401

Atlantic Credit and Finance, Inc.
c/o Corporation Service Company, 45 Memorial Circle
Augusta, ME 04330

Lee`s Concrete, Inc.
c/o Gregory P. Dorr, 61 Main St. Suite 1
Bangor, ME 04401

Capital One Bank (USA) NA
1680 Capital One Dr.
McClean, VA 22102